

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| LESTER VALENTINE | DOCKET NO. 10-0287; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| CCA OF TENNESSEE L L C, ET AL | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the magistrate judge previously filed herein, the Court concludes that the proposed findings and recommendation are correct under the applicable law.

Additionally, the Court notes the copy of the report and recommendation mailed September 21, 2011 to Mr. Valentine's last known address was returned to the Clerk of Court on September 29, 2011, marked "return to sender." More than thirty days have passed since September 29, 2011, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W of the Uniform District Court Rules is also appropriate. Accordingly,

IT IS ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

SIGNED on this 29 day of November, 2011, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE